In the Matter of JOHN J. BURKE, Appellant, against HAROLD FIELDS et al., Constituting the Board of Examiners of the Board of Education of the City of New York, Respondents.

Argued January 7, 1954; decided March 11, 1954.

*John J. Burke,* in person, *Morris Weissberg* and *Sidney A. Fine* for John J. Burke, appellant.

*Denis M. Hurley, Corporation Counsel (Edward J. McLaughlin* and *Seymour B. Quel* of counsel), for respondents.

Order affirmed, without costs; no opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD, FROESSEL and VAN VOORHIS, JJ.